AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

DEC - 4 2020

David J. Bradley, Clerk

| | |
|---|---|
| Miguel A Valadez | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )   Civil Action No. |
| DEA Special Agent in Charge, Steven Whipple see attch | ) |
| *Defendant/Respondent* | ) |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ N/A _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
UNEMPLOYED at this moment

My gross pay or wages are:  $ _____0.00_____ , and my take-home pay or wages are:  $ _____0.00_____ per
*(specify pay period)* _____N/A_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☐ No
(e) Gifts, or inheritances                            ☐ Yes    ☐ No
(f) Any other sources                                 ☒ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I am currently receiving unemployment benefits from the State of Texas - Texas Workforce Commission. I qualified to recieve $205 a week....Monthly total $820....
I was laid off from work in June of 2020. I previously worked at Telepeformance - United Health Care Inbound calling Center Advocate.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

---

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 20.00 _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I own a 2007 Volvo S40 = paid for..

Fair Market Value per Blue Blook = range from $677 to $3,102

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent: $900.00 a month
Water: $40.00 a month
Electric: $180.00 a month
Car Ins: $120.00 a month
Credit Card: $45.00 a month
Health Ins. : $55.40 a month
Medicines: $48.00 a month
Gas: $125.00 a month
Telephone: $120.00 a month
Groceries: $500.00 a month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

My Spouse: Belia Campos...I contribute what i receive from Unemployment benefits towards Household expenses. However, my spouse works full time and she contributes to maintain the rest of the household monthly expenses.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Miguel Valadez: Student Loans

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12-03-2020

_____ Miguel A. Valadez _____
Applicant's signature

_____ Miguel A. Valadez _____
Printed name

Attachment: Application To Proceed In District Court without Prepaying fees or costs       12-3-20

Adding A Defendant: Tenant who lives at 2017 Ash circle Edinburg, TX 78539
  Note: This Tenant is my next door neighbor.

Miguel Valades
12-3-20

# GENERAL AFFIDAVIT

STATE OF Texas

COUNTY OF Hidalgo

PERSONALLY came and appeared before me, the undersigned Notary, the within named Miguel Angel Valadez, who is a resident of Hidalgo County, State of Texas, and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

(Insert Statement)

I, Miguel Valadez, verify the information I completed on Form AO-240 short Form - Application to proceed in District Court without prepaying fees or cost, is Accurate and True To my present situation. I desperately need assistance to continue my efforts in seeking Justice.

DATED this the 3rd day of December, 20 20

_Miguel Angel Valadez_
Signature of Affiant

SWORN to subscribed before me, this 3rd day December, 20 20

_[signature]_
NOTARY PUBLIC

SOLEDAD T FLORES
Notary ID #4590516
My Commission Expires
September 3, 2022

My Commission Expires:
09/03/2022