Dec. 4th, 2020

To: Honorable Judge
1701 W. Bus. 83 – McAllen, TX

From: Miguel Valadez
2013 Ash Circle – Edinburg, TX
Phone #: 956-777-9044

## **Complaint**: Civil Rights Violations

I, Miguel Valadez, born March 26, 1967, am a victim of Electrical Harassment in form of Torturing by – Electrical energy running through my body and burning me on my skin, and electrical energy running through inside my body that is causing internal damage, to my muscle tissue and kidneys, sleep deprivation, high frequency tones in my bedroom and kitchen), Gang Stalking, Physical, Mental, Emotional, and Psychological Torture.

This harassment is being conducted by the DEA Agency. When the DEA launches an investigation, they are authorized to use the full force of the Specialized Operations Division also known as the SOD, the NSA and the FBI.

The Special Agent in charge has to be Steven Whipple from the Houston Division. There are two Special Agent in Charge that operate the State of Texas. Mr. Whipple is the Agent in Charge of the McAllen Division. There would be no investigation of this capacity without him given the approval. That is why he is listed as defendant, in addition to the tenant who lives next door to me @ 2017 Ash Circle. When I moved into this area, the next door neighbor at 2017 Ash Circle was a female who drove a red Toyota. A few days after I moved into my residence at 2013, this lady had a garage sale and then disappeared. The next day cars were in and out of that house, driving two silver cars. I have never seen the tenant, I have gone next door and knocked on the door on more than several occasions, but nobody will answer the door. Til this day, I don't know who is lives in that residence. However, people at night and day, come into the roof and my attic from his yard. That is one reason I have that tenant listed as a defendant.

I have taken complete notice of this intense Surveillance on me since 01/01/2019. Their tactics is to use Electrical Harassment by gaining entrance into your attic and staying up there 24/7, shift after shift and using Direct Energy Weapons that penetrate through walls and ceilings. I

have video of them up there, but they look like aliens and all you see it lights blinking and shadows. I have a $75 dollar camera trying to compete with the highest technology the Govt has to offer at this date and time....I Have pictures verifying the physical torture they have committed on me. From head to ears and most importantly my Buttocks. I don't have pictures of the electronic equipment they use, but them putting in hospital is proof for me...The Doctors can't explain it, but just say I am a reaction to my medicine...But that is the why..

They continue the violation of civil rights by Gang Stalking by using a large network of citizens to spy on me everywhere I go. This is a full army of the Government agencies against one person, Me, Miguel Valadez.
I am challenging these agencies to produce one piece of physical evidence of their surveillance, any tap wired conversations of any kind to prove their continued investigation, that does not only include investigation techniques but also includes violation of Civil Rights and electrical harassment that they turn into Torture.

I have been a healthy man for 50 years and in the past two years, I have been hospitalized on three different occasions from 01/10/19, 02/01/2019 and 10/22/20...
The Electrical Harassment using electrical energy that ran and continues today to be ran through my body has cause muscle tissue damage and renal insufficiency. At one point my Troponin levels were extremely high and I was rushed by ambulance to emergency because I was having a small stroke.

I am including a motion for Ex Parte request. Why? Because I will suffer immediate and irreparable injury if notice is given to this Agencies. From experience, they will retaliate against me and use their electronic harassment more frequently and with much more intense torture. Every time I have called the cops or tried to get help, or confronted them, they have retaliated with more electronic torture. After talking to someone for help, they have put holes on my car's radiator, have flatten my tires twice, always causing to have an accident on the freeway, and gone to the extent and flattened by spouse's vehicle.

Your Honor, this is happening everyday...this energy was used on me this morning. They are killing me and trying to ruin my kidneys. The Doctors said I am at a Stage 3 on Kidney...the highest stage is 5. I am not a diabetic. I am in good physical condition, that has to endure this injustice. I don't know how long my body is going to withstand this before It gives in. I have two grandchildren I want to see grow up. Your Honor, this is a true story and desperately need your assistance in saving my life.

Respectfully, Miguel Valadez

direct energy weapons from the ceiling to shoot down the energy to any part of my body. They have tried to cripple by attacking my joints and my hips which is extremely painful at the time and afterwards and pain last for days.

Your Honor, Please help me. I have attached pictures of the torture and I have videos that the police are currently reviewing. More specific Officer Maurice L...The police say this is a mental issue which is Ludacris. Officer Maurice called me last night and said he is reviewing the videos and does see some very strange things happening and see shadows all over the place...It takes an army to be in the attic because they need people to pass oxygen lines and cooling lines to the agents that are doing the torturing...

Sincerely and Respectfully,

*Miguel Valadez* (signature)

Miguel Valadez

2013 Ash Cir.

Edinburg, TX

956-777-9044

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

McAllen Division

Miguel Angel Valadez
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*
-v-

DEA - Special Agent Steven Whipple
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Request - Jury Trial

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Miguel Angel Valadez
Street Address: 2013 Ash Circle
City and County: Edinburg - Hidalgo
State and Zip Code: Texas - 78539
Telephone Number: 956-777-9044
E-mail Address: ValadezMiguel14@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

F. R. Cv. P.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)  N\a

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)  N/A

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Defendant No. 1

    Name: Steven Whipple
    Job or Title (if known): DEA Special Agent In Charge - Houston
    Street Address:
    City and County: Houston - Harris
    State and Zip Code: —
    Telephone Number: —
    E-mail Address (if known): —

Defendant No. 2

    Name: Tenant @ 2017 Ash Cir - Edinburg, TX
    Job or Title (if known): unknown
    Street Address: 2017 Ash Circle - Edinburg, TX
    City and County: Edinburg  Hidalgo
    State and Zip Code: TX  78539
    Telephone Number: unknown
    E-mail Address (if known):

Defendant No. 3

    Name: N/A
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name: N/A
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation N/A

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy N/A

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1. 1703 Lexington Circle - #5 Edinburg, TX. 78539 - from 1-1-19 to 10-Present 2020.
2. 2013 Ash Circle - Edinburg, TX 78539 - from 10-7-20 to Present

B. What date and approximate time did the events giving rise to your claim(s) occur?

1. 1-1-2019 - morning, Afternoon, evening, night 24 hours a day 7 days a week. Tenant next door at Apt 3 had many people come in and out of his Apt. Then gained Access to Attic and crossed over to my apartment to Inflict electrical Harrassment and gangstalking. This person moved in next door AFTER I moved in To my Apt. with spouse.

2. 10-7-19 - morning, Afternoon, evening, night 24 hours a day, 7 days a week. Even through Holidays. 2013 Ash Cir A lady lived there - within a week she moved out and another tenant and until this I been unable to meet this person. When I go knock at door nobody never Answers, They immediately gained Access to my Attic - and started immediately electronically harrassing, gang stalking.

Page 4 of 6

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I used drugs for a short period of time - causing undercover cops to take notice. They started surviellance - obtaing legal warrents for set up cameras, microphones and whatever else. its been two years and not one single piece of me being a drug dealer, conspirotor or even using drugs. I have not used drugs in three years.
- what happen to me - I was and continue to be electronically Harrassed - torture. Physically - emotionally - mentally -
- No Doubt the DEA is behind all of this Injustice and violation of civil Rights.
- DEA - Has network of Informants who follow you around. Neighbors now what is Happening. DEA Takes over neighborhoods.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

My life is in dire Danger As I speak - The electronic Harrassment has caused severe medical damage to my Internal body - tissue - muscle and kidneys and heart. Different Agents use these Direct energy Weapons and each one has their own Agenda. Some are completely ruthless and severaly used the weapons with intent to cause extreme bodily Injury and/or Death. When I go to sleep or lay on the couch I don't know if that will be last time body can endure this torture. The energy they put through my body can killme at any time. The electrical energy causes my body to he paralyzed and I cant move my fingers or toes. Money cant help me at this present time - Money can help me later for counseling and paying medical bills.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My physical body and Internal organs have permenantly damage due to this electronic Harrasment. I ask the court to order TRO to review any torture pictures, videos and gang stalking from my Attic and for them to stop immediatey the electronic Harressment, gang stalking from my Attic. The electronic Harrasment, physical, mental, emotional torture continues as I write this complaint. This has been non-stop for almost two years from the DEA. They had and have no clue the condition and critical situation they are causing to my internal organs. They have no remorse, have caused me and spouse to seperate. I don't know what a life is worth for ponitive damages.
But I have been treated worse than a terrosist - I have done nothing wrong in 3 yrs. But yet they continue to want to kill me.
With that being said I am requesting Two million dollars for this Injustice.

Note: I wrote a letter to special Agent in charge steven whipple. But it did not help I also email letter to our Congressman - but that did not help.
Letter to Mr. Whipple Attach.

# GENERAL AFFIDAVIT

STATE OF **TEXAS**

COUNTY OF **Hidalgo**

PERSONALLY came and appeared before me, the undersigned Notary, the within named **Miguel Angel Valadez**, who is a resident of **Hidalgo** County, State of **TEXAS**, and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

(Insert Statement)

I, Miguel A. Valadez, certify that the attached pictures are in fact pictures of my body. Pictures show physical abuse or my head, my buttocks, and side of my legs, from the time 10-7-19 to present time. I, Miguel Valadez, also certify the pictures showing wires and siren and openings of roof are from inside of my attic. And the videos are also from my attic at 2013 Ash cir, Edinburg, TX 78539

DATED this the 3rd day of December, 2020

_Miguel Angel Valadez_
Signature of Affiant

SWORN to subscribed before me, this 3rd day December, 2020

NOTARY PUBLIC

SOLEDAD T FLORES
Notary ID #4590516
My Commission Expires
September 3, 2022

My Commission Expires:
09/03/2022

12-4-20

To: Honorable Judge

Please make a phone call and you will find out I am under investigation. If i give notice they will probably do something to stop it so you wont see my case. If I can't get a TRO - that desperately need for my life Please Consider my Complaint and Injection.
If a TRO is granted I can provide by supboena some neighbors and Landlords. Note! This Agency totally remodeled my Attic for their easy Access.

I Ask Your Honorable Judge please help - nobody has been able to help and I have just being tortured everyday.
This is a true and accurate story of what has been written
Two affidavits have been completed.
One for the Application to proceed
and one to prove It is my body and attic in the pictures

Thank you,
Miguel Avalos

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Miguel A Valadez

**DEFENDANTS**
DEA Special Agent in Charge Steven Whipple Houston Div
Tenant who lives @ 2017 Ash Cir Edinburg, TX 78539

(b) County of Residence of First Listed Plaintiff **Hidalgo**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Harris**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
N/a

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____